IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MEEKS DISPOSAL CORPORATION, | ) | |
| | ) | Bid Protest |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-544C |
| | ) | (Judge Margaret M. Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of F. JEFFERSON HUGHES as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3067
Fax: (202) 514-8640
jeff.hughes@usdoj.gov

Attention: Classification Unit
8th Floor

s/F. JEFFERSON HUGHES
F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 19, 2007

CERTIFICATE OF FILING

I hereby certify that on July 19, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/F. Jefferson Hughes