ORIGINAL

FILED
JUL 19 2007
U.S. COURT OF
FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST
Pursuant to 28 U.S.C. § 1491(b)

MEEKS DISPOSAL CORPORATION,

Plaintiff,

v. Case No. 07-544 C

THE UNITED STATES OF AMERICA,

Defendant.

## AFFIDAVIT OF DANNY MEEKS

NOW COMES your affiant, Danny Meeks, and in reference to the above-captioned matter, states and affirms the following:

1. I am the President and CEO of Meeks Disposal Corporation ("Meeks"), a Virginia Corporation with its headquarters in the City of Chesapeake, Virginia.

2. I have worked in the solid waste management industry for over 6 years in the Hampton Roads Region of Virginia, and am aware of the industry standards and practices of the local area.

3. Meeks submitted a Proposal in response to that certain Request for Proposal and Amendments ("RFP") for the Navy's Annual Refuse Collection Contract ("Contract"), a combination firm-fixed price / indefinite delivery-indefinite quantity, lowest-price,

technically acceptable solicitation issued by the Department of the Navy, Naval Facilities Engineering Command, Mid-Atlantic ("Navy") on or about September 13, 2006, and identified as RFP N40085-06-R-1131.

4. In response to the RFP, Meeks submitted its bid on November 15, 2006 in the amount of $11,724,986.95.

5. In my official capacities of President and CEO, and from first-hand, personal knowledge and my years of experience in the solid-waste management, I know Meeks has sufficient personnel, equipment, management and expertise to perform all tasks identified in the RFP, and is ready, willing, and able to perform pursuant to the terms set forth in its Proposal.

6. Meeks currently owns and/or operates the following solid waste containers which could be dedicated to the Contract requirements:

- 347 40 cu. yd. roll-off containers
- 535 30 cu. yd. roll-off containers
- 318 20 cu. yd. roll-off containers
- 217 10 cu. yd. roll-off containers
- 615 8 cu. yd. front-load containers
- 150 6 cu. yd. front-load containers
- 50 4 cu. yd. front-load containers
- 50 2 cu. yd. front-load containers

7. Meeks currently owns and/or operates the following vehicles, all of which were purchased new within the last two years, which could be dedicated to the Contract requirements:

- 28 roll-off trucks
- 2 front-load trucks
- 3 1,500 gallon capacity pump trucks

8. Meeks employs a full staff of mechanics and service repair employees to service and maintain its vehicles and equipment nightly, to eliminate impact on schedules due to mechanical "down time".

9. Meeks currently employs a local work force of over 80 experienced waste disposal workers.

10. Meeks has a "wash rack" system to clean and sanitize all waste containers on a weekly basis to eliminate odor and aesthetic concerns.

11. Meeks has extensive "route experience" identical to the scope of work detailed in the RFP, servicing hundreds of customers throughout the region on a daily basis.

12. Meeks can perform all duties required by the RFP and the Contract for its quoted price of $11,724,986.95, and still reap a significant profit over each and every term of the Contract.

13. Meeks will suffer a significant loss of business revenue if the Contract is awarded to Dorado Services ("Dorado"), the bidder selected by the Navy.

14. I have been in contact with representatives of Dorado, and have been advised that Dorado has no local presence in the Hampton Roads region.

15. I have been advised by the representatives of Dorado that Dorado will need to purchase all equipment and vehicles to be used to service the Contract. Upon information and belief, Dorado must purchase its equipment with funds it borrows based on its contract with the Navy.

16. I have been advised by the representatives of Dorado that Dorado will need to advertise, solicit, hire, process, and train all personnel necessary to staff and manage the performance of all duties under the Contract and contract for employee benefits and human resources, all at the expense of the Navy.

17. I have been advised by the representatives of Dorado that Dorado will need to procure and purchase all office space, furniture, fixtures, and equipment to be used to service the Contract, all at the expense of the Navy.

18. Meeks has and will continue to suffer a lost opportunity to compete for the Contract and Dorado will gain a competitive advantage if Dorado is allowed to proceed under the Contract.

19. Without a preliminary injunction forbidding the Navy from proceeding with the award of the Contract to Dorado, the status quo will be irreparably shifted in favor of Dorado, and Meeks will suffer the loss of its competitive advantage of being the lowest-priced bidder on the RFP should the procurement process be cured through a rebid.

20. Meeks will suffer irreparable harm to its competitive interests if the Navy is allowed to proceed with the award of the Contract to Dorado, as Dorado will be actively performing the work and become the incumbent contractor.

21. If the Navy is permitted to proceed, the status quo will be shifted irrevocably to favor Dorado because Dorado will have purchased the needed equipment, hired the necessary personnel and establish a physical presence in Tidewater Virginia which it currently lacks.

DANNY MEEKS

COMMONWEALTH OF VIRGINIA
City of Virginia Beach to wit:

Sworn & Subscribed before me this 18th day of July, 2007, by Danny Meeks, either personally known to me, or produced ______________ as identification.

Notary Public

Registration No.: 355060
My Commission Expires: May 31, 2009