FILED
JUL 19 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST
Pursuant to 28 U.S.C. § 1491

MEEKS DISPOSAL CORPORATION,

Plaintiff,

v. Case No. 07-544 C

THE UNITED STATES OF AMERICA,

Defendant.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, the undersigned counsel for Meeks Disposal Corporation in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

7-18-07
Date

J. Bryan Plumlee
Signature of Attorney
Counsel for Meeks Disposal Corporation

J. Bryan Plumlee, Esq.
VSB #44444
Huff, Poole & Mahoney, P.C.
4705 Columbus Street
Virginia Beach, VA 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com

**CERTIFICATE OF SERVICE**

The Plaintiff hereby certifies that on the 18th day of July, 2007, the foregoing Financial Interest Disclosure Statement was sent to the following:

F. Jefferson Hughes, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
8th Floor
100 L. Street, N.W.
Washington, DC 20530
*via overnight mail*

Dorado Services, Inc.
Joseph M. Goldstein, Esq.
Shutts & Bowen, LLP
200 East Broward Blvd. Suite 2100
Ft. Lauderdale, FL 33301
*via first class mail*

Damon Martin
Assistant Counsel (Acquisition)
Naval Facilities Engineering Command
Headquarters
damon.a.martin@navy.mil
*via e-mail transmission*

J. Bryan Charles