# In the United States Court of Federal Claims

No. 07-544 C
(Filed: July 20, 2007)[1]

| | |
|---|---|
| ************************************ | |
| MEEKS DISPOSAL CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

Plaintiff filed a complaint and a motion for a preliminary injunction in the above-captioned case yesterday, July 19, 2007. Upon the court's receipt of the case, the undersigned's judicial assistant contacted the parties to schedule the initial status conference pursuant to RCFC Appendix C, § IV. However, a representative of plaintiff's counsel indicated that counsel would be out of town and unavailable for a status conference until Tuesday, July 24, 2007. Additionally, defense counsel indicated that he had not yet received the complaint or motion.

Accordingly, the undersigned's judicial assistant will contact the parties on the morning of Tuesday, July 24, 2007, to schedule the initial status conference. Further, defense counsel shall contact the court when he has received the complaint and motion.

A courtesy copy of this order will be faxed to: Dorado Services, Inc., c/o Joseph M. Goldstein, Shutts & Bowen, LLP, facsimile: (954) 888-3066.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] Because the clerk's office was unable to place the complaint in the court's Case Management/Electronic Case Filing system on the day it was filed, the undersigned was unable to issue the order until today.