# In the United States Court of Federal Claims

No. 07-544 C
(Filed: July 25, 2007)

```
***********************************
MEEKS DISPOSAL CORPORATION,       *
                                  *
               Plaintiff,         *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
***********************************
```

**ORDER**

The initial status conference in the above-captioned bid protest is scheduled for **Friday, July 27, 2007, at 1:00 p.m**. The court will contact the parties and the proposed intervenor to initiate the conference call.

A courtesy copy of this order will be sent via facsimile to: Joseph M. Goldstein, Shutts & Bowen, LLP, attorney for proposed intervenor Dorado Services, Inc., at (954) 888-3066.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge