# In the United States Court of Federal Claims

No. 07-544 C
(Filed: July 27, 2007)

| | |
|---|---|
| *********************************** | |
| MEEKS DISPOSAL CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

On July 20, 2007, counsel for Dorado Services, Inc. filed a "Motion by Dorado Services, Inc. to Intervene as Defendant and Motion for Leave to File Answer or Otherwise Respond to Complaint on Same Date as Defendant United States." The motion to intervene is **GRANTED**. The clerk is directed to add Dorado Services, Inc. as an intervenor.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge