# In the United States Court of Federal Claims

No. 07-544 C
(Filed: July 27, 2007)

| | |
|---|---|
| MEEKS DISPOSAL CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DORADO SERVICES, INC., | * |
| | * |
| Defendant-Intervenor. | * |

## ORDER

On July 27, 2007, defendant in the above-captioned case filed Defendant's Unopposed Motion for a Protective Order and Authorization to File Sealed Documents Electronically. Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge