# In the United States Court of Federal Claims

No. 07-544 C
(Filed: July 27, 2007)

| | |
|---|---|
| MEEKS DISPOSAL CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| DORADO SERVICES, INC., | * |
| Defendant-Intervenor. | * |

**ORDER**

On July 27, 2007, Paul R. Schmidt filed an Application for Access to Information Under Protective Order by Outside or Inside Counsel. Mr. Schmidt is a member of the bar of the United States Court of Federal Claims. Mr. Schmidt functions solely as legal counsel for plaintiff and is not involved in competitive decision-making.

Under the protective order, paragraph 2(a)(i), legal counsel for a party to the lawsuit is permitted access to the protected information covered by the protective order. Therefore, Mr. Schmidt's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge