**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| **Plaintiff,** | ) | **Bid Protest** |
| **v.** | ) | **No. 07-554C** |
| **THE UNITED STATES OF AMERICA,** | ) | **(Judge Sweeney)** |
| **Defendant,** | ) | |
| **and** | ) | |
| **DORADO SERVICES, INC.,** | ) | |
| **Intervener.** | ) | |

*************************************

**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL**

1. I, Joseph M. Goldstein, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of Shutts & Bowen LLP and have been retained to represent Dorado Services, Inc., the Intervener to this proceeding.

3. I am a member of the bar of the United States Court of Federal Claims (the "COFC").

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advise or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do

not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

None.

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order:

None.

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, had admission revoked, or have been found to have violated a protective order issued by any administrative or judicial tribunal:

None.

8. Not applicable.

9. I have read the Protective Order issued by the COFC in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the COFC and in possible civil and criminal liability.

***

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

/s/ Joseph M. Goldstein July 28, 2007
Joseph M. Goldstein, Esquire Date Executed

Shutts & Bowen LLP
Counsel for Dorado Services, Inc.
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Direct Dial: (954) 847-3837
Facsimile: (954) 888-3066

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Joseph M. Goldstein

J. Bryan Plumlee, Esquire
Huff, Poole & Mahoney, P.C.
Counsel for Meeks Disposal Corporation
4705 Columbus Street
Virginia Beach, Virginia 23462
bplumlee@hpmlaw.com
*Via CM/ECF transmission*

F. Jefferson Hughes, Esquire
Counsel for The United States
Department of Justice, Commercial Litigation Branch
Civil Division, 8th Floor
100 L. Street, N.W.
Washington, DC 20530
Jeff.Hughes@usdoj.gov
*Via CM/ECF transmission*

Damon Martin, Assistant Counsel
Naval Facilities Engineering Command Headquarters
damon.a.martin@navy.mil
*Via Email*