# In the United States Court of Federal Claims

No. 07-544 C
(Filed: July 30, 2007)

***********************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor. *
***********************************

**ORDER**

On July 28, 2007, Joseph M. Goldstein filed an Application for Access to Information Under Protective Order by Outside or Inside Counsel. Mr. Goldstein is a member of the bar of the United States Court of Federal Claims. Mr. Goldstein functions solely as legal counsel for defendant-intervenor and is not involved in competitive decision-making.

Under the protective order, paragraph 2(a)(i), legal counsel for a party to the lawsuit is permitted access to the protected information covered by the protective order. Therefore, Mr. Goldstein's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge