**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| | ) | **Bid Protest** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-544C** |
| **v.** | ) | **(Judge Sweeney)** |
| | ) | |
| | ) | **Protected Information Only To Be** |
| **THE UNITED STATES,** | ) | **Disclosed In Accordance With United** |
| | ) | **States Court Of Federal Claims** |
| | ) | **Protective Order** |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order dated July 27, 2007, defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

As permitted by the Court's order dated July 27, 2007, the administrative record is contained on a CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/F. Jefferson Hughes
F. JEFFERSON HUGHES
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 305-3067
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

DAMON A. MARTIN
Assistant Counsel (Acquisition)
NAVFAC
Washington, D.C. 20374

July 31, 2007

CERTIFICATE OF FILING

I hereby certify that on this 31st day of July, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ F. Jefferson Hughes