# In the United States Court of Federal Claims

No. 07-544 C
(Filed: August 22, 2007)

***********************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
***********************************

**ORDER**

On August 21, 2007, plaintiff in the above-captioned case filed an unopposed Amended Motion to Extend Time, requesting an additional five weeks for the parties to conduct discovery. Plaintiff also seeks a corresponding extension of the remaining deadlines for filing memoranda. Plaintiff's unopposed motion is **GRANTED**. The discovery and briefing schedule in the case is amended as follows:

1. Discovery closes on **Monday, October 1, 2007**.[1]

2. Plaintiff shall file its motion for judgment on the administrative record **no later than Friday, October 26, 2007**.

3. Defendant and defendant-intervenor shall file their cross-motions for judgment on the administrative record and oppositions to plaintiff's motion **no later than Friday, November 16, 2007**.

---

[1] Plaintiff specifically requests that discovery close on September 30, 2007. Because September 30 falls on a Sunday, the court will extend the deadline to Monday, October 1, 2007.

4. Plaintiff shall file its reply in support of its motion and its opposition to defendant and defendant intervenor's cross-motions **no later than Friday, November 30, 2007**.

5. Defendant and defendant-intervenor shall file replies in support of their cross-motions **no later than Friday, December 14, 2007**.

In addition to amending the discovery and briefing schedule, the court notes that plaintiff incorrectly signed the amended motion, as well as the original motion filed on August 15, 2007. The court will allow the motions to be filed by its leave. However, in the future, counsel shall ensure that his name follows the "s/" pursuant to General Order 42A.

Further, the court again directs defendant to file with the court the Declaration of Cindy Readal it offered at the August 3, 2007 hearing. See Transcript of Aug. 3, 2007 at 60. Defendant shall file the declaration **no later than Wednesday, August 29, 2007**.

As a final housekeeping measure, the court **DENIES AS MOOT** plaintiff's August 15, 2007 Motion to Extend Time.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge