IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| | ) | **Bid Protest** |
| **Plaintiff,** | ) | |
| | ) | **No.07-544C** |
| **v.** | ) | |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DORADO SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

## MOTION TO COMPEL

COMES NOW Defendant Meeks Disposal Corporation (hereinafter "Meeks"), by counsel, and respectfully moves this Court for an Order compelling Non-Party Reliable Trash Service, LLC ("Reliable") to respond to Meeks' subpoena *duces tecum*. In support of this Motion, Meeks states as follows:

1. Meeks served a subpoena *duces tecum* on Reliable on September 5, 2007.

2. On October 1, 2007, Reliable, by counsel, submitted its responses which are attached as Exhibit A to this motion.

3. Reliable was issued four requests in the subpoena. Reliable objected to and failed to adequately respond to three of the requests. See Exhibit A.

4. In response to request number one, which asks Reliable to provide documents related to Reliable's communications with Irving Naftaly, Reliable objected on the grounds the request is overly broad, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Reliable further objected on the grounds the request is protected by the

attorney client privilege, the work product doctrine, and contains confidential business information requiring a protective order before release. Reliable admitted it has personnel and employment records responsive to the request, but such documents were not provided. See Exhibit A at 1-2.

5. In response to request number two, which asks Reliable to provide documents related to any payment by Reliable to Irving Naftaly, Reliable objected on the grounds the request is overly broad, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Reliable further objected on the grounds the request is protected by the attorney client privilege, the work product doctrine, and contains confidential business information requiring a protective order before release. Reliable admitted it has personnel and employment records responsive to the request, but such documents were not provided. See Exhibit A at 2-3.

6. In response to request number three, which asks Reliable to provide documents related to any employment, consultant or other contract with Irving Naftaly, Reliable objected on the grounds the request is overly broad, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Reliable further objected on the grounds the request is protected by the attorney client privilege, the work product doctrine, and contains confidential business information requiring a protective order before release. Reliable admitted it has personnel and employment records responsive to the request, but such documents were not provided. See Exhibit A at 2-3.

7. Reliable has not provided a privilege log indicating what documents have been withheld due to the attorney-client privilege or work product doctrine.

8. The information sought is germane and relevant to these proceedings because the discovery requests seek information directly related to the Claims for Relief in Meeks' Complaint and Amended Complaint.

9. This Court has ordered discovery be permitted in its Order of August 3, 2007.

WHEREFORE, it is prayed this Court issue an appropriate Order compelling the Non-Party Reliable Trash, LLC, respond to Meeks' outstanding discovery.

Respectfully submitted this 4th day of October, 2007.

MEEKS DISPOSAL CORPORATION

By: /s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com

## CERTIFICATE OF SERVICE

The Plaintiff hereby certifies that on the 4th day of October, 2007, I will electronically file the foregoing Motion to Compel using the CM/ECF system, which will then send a notification of such filing to the following:

F. Jefferson Hughes, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
8th Floor
100 L. Street, N.W.
Washington, DC 20530

Joseph M. Goldstein, Esq.
Shutts & Bowen, LLP
200 East Broward Blvd. Suite 2100
Ft. Lauderdale, FL 33301

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

J. Kellam Warren, Esq.
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607

/s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MEEKS DISPOSAL COPRORATION | ) | |
| v. | ) | No. 07 544C |
| THE UNITED STATES<br>And<br>DORADO SERVICES | ) | |

NON-PARTY RELIABLE TRASH SERVICE, LLC'S
RESPONSE AND OBJECTIONS
TO SUBPOENA

Pursuant to Rules of the United States Court of Federal Claims, Rule 45(c), Non-Party Reliable Trash Service, LLC ("Reliable Trash") makes the following objections to the subpoena served upon it by Meeks Disposal Corporation ("Meeks Disposal"):[1]

**REQUEST NO. 1:**

Any and all documents related to, referring to, or reflecting information or communications regarding communications between Reliable Trash Service, LLC and/or its agents and representatives and Irving Naftaly.

**RESPONSE TO REQUEST NO. 1:**

Reliable Trash objects to Request No. 1 on the grounds that it is overly broad in time and subject matter scope and seeks information that is irrelevant and unrelated to any claim or defense at issue in the above-captioned litigation. Additionally, Reliable Trash objects to Request No. 1 to the

1 Meeks Disposal, by and through its counsel, extended the deadline for Reliable Trash to object or otherwise



EXHIBIT
A

extent that it seeks (i) information protected from disclosure by the attorney-client privilege and/or work product doctrine, and/or (ii) private, confidential information related to a third party who is not a party to the above-captioned litigation. Reliable Trash further objects to producing documents related to the terms and conditions of Mr. Naftaly's employment with Reliable Trash absent entry of a mutually agreeable "attorneys' eyes only" protective order, as such information is confidential business information and Meeks Disposal is a competitor.

Subject to and without waiving the foregoing objections, Waste Industries responds that it has located no documents responsive to this request for time periods subsequent to the end of Mr. Naftaly's employment, which ended on or about February 24, 2004. While Reliable Trash has personnel and employment records responsive to this grossly over broad request, those records appear to be wholly irrelevant and unrelated to any claim or defense at issue in the above-captioned litigation. Reliable Trash has communicated its relevance objection to Meeks Disposal's counsel and Meeks Disposal has not offered any information to suggest that such employment or personnel records are within the scope of discovery.

**REQUEST NO. 2:**

Any and all documents related to, referring to, or reflecting information demonstrating any payment by the Reliable Trash Service, LLC to Irving Naftaly.

**RESPONSE TO REQUEST NO. 2:**

Reliable Trash objects to Request No. 2 on the grounds that it is overly broad in time and subject matter scope and seeks information that is irrelevant and unrelated to any claim or defense at issue in the above-captioned litigation. Additionally, Reliable Trash objects to Request No. 2 to the

---

respond to its subpoena to October 1, 2007. A copy of the subpoena is attached hereto as **Exhibit A**.

extent that it seeks (i) information protected from disclosure by the attorney-client privilege and/or work product doctrine, and/or (ii) private, confidential information related to a third party who is not a party to the above-captioned litigation. Reliable Trash further objects to producing documents related to the terms and conditions of Mr. Naftaly's employment with Reliable Trash absent entry of a mutually agreeable "attorneys' eyes only" protective order, as such information is confidential business information and Meeks Disposal is a competitor.

Subject to and without waiving the foregoing objections, Waste Industries responds that it has located no documents responsive to this request for time periods subsequent to the end of Mr. Naftaly's employment, which ended on or about February 24, 2004. While Reliable Trash has personnel and employment records responsive to this grossly over broad request, those records appear to be wholly irrelevant and unrelated to any claim or defense at issue in the above-captioned litigation. Reliable Trash has communicated its relevance objection to Meeks Disposal's counsel and Meeks Disposal has not offered any information to suggest that such employment or personnel records are within the scope of discovery.

**REQUEST NO. 3:**

Any and all documents related to, referring to, or reflecting information demonstrating and employment, contract, or consultant, or similar relationship between Reliable Trash Service, LLC and/or its agents and representatives and Irving Naftaly.

**RESPONSE TO REQUEST NO. 3:**

Reliable Trash objects to Request No. 3 on the grounds that it is overly broad in time and subject matter scope and seeks information that is irrelevant and unrelated to any claim or defense at

issue in the above-captioned litigation. Additionally, Reliable Trash objects to Request No. 3 to the extent that it seeks (i) information protected from disclosure by the attorney-client privilege and/or work product doctrine, and/or (ii) private, confidential information related to a third party who is not a party to the above-captioned litigation. Reliable Trash further objects to producing documents related to the terms and conditions of Mr. Naftaly's employment with Reliable Trash absent entry of a mutually agreeable "attorneys' eyes only" protective order, as such information is confidential business information and Meeks Disposal is a competitor.

Subject to and without waiving the foregoing objections, Waste Industries responds that since Mr. Naftaly's employment with Reliable Trash ended, he has not been employed or engaged as an independent contractor by Reliable Trash Service, LLC. Reliable Trash has located no documents responsive to this request for time periods subsequent to the end of Mr. Naftaly's employment with Reliable Trash, which ended on or about February 24, 2004. While Reliable Trash has personnel and employment records responsive to this grossly over broad request, those records appear to be wholly irrelevant and unrelated to any claim or defense at issue in the above-captioned litigation. Reliable Trash has communicated its relevance objection to Meeks Disposal's counsel and Meeks Disposal has not offered any information to suggest that such employment or personnel records are within the scope of discovery.

**REQUEST NO. 4:**

Any and all documents provided to, received from, or worked on by Irving Naftaly from June 1, 2006 through March 31, 2007.

**RESPONSE TO REQUEST NO. 4:**

To date, Reliable Trash has located no documents responsive to this request.

Respectfully submitted,

Jennifer M. Miller
N.C. Bar No. 25340
Post Office Drawer 17803
Raleigh, NC 27619
Telephone No. (919) 781-4000
Facsimile No. (919) 781-4865
jmiller@wyrick.com
*Counsel for Nonparty Reliable Trash Service, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007, a true and correct copy of the foregoing was filed by federal express, overnight delivery with the Clerk of the Court, with copies to all counsel of record in this action by electronic mail and facsimile transmission, as follows:

John Bryan Plumlee, Esq.
Paul R. Schmidt, Esq.
Huff, Poole & Mahoney, P.C.
4705 Columbus Street
Virginia Beach, VA 23462
Email: bplumlee@hpmlaw.com
Facsimile No. (757) 552-6041

Joseph Marc Goldstein, Esq.
Shutts & Bowen, LLP
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Email: jgoldstein@shutts.com
Facsimile No. (954) 888-3066

Frank Jefferson Hughes, Esq.
U.S. Department of Justice
Civil Division – Commercial Litigation Br.
1100 L Street, NW 8th Floor
Washington, DC 20530
Email: jeff.hughes@usdoj.gov
Facsimile No. (202) 514-8640

Jennifer M. Miller

Xerox 4110
Banner Sheet

Unknown

Date/Time : 10/04/2007 03:17 PM

User Name :

# Unknown

File Name : Dorado - Communication with Navy pre-award.pdf

Start Page

-----Original Message-----
From: Abell, Deborah J CIV NAVFAC MidLant [mailto:deborah.abell@navy.mil]
Sent: Monday, March 19, 2007 2:36 PM
To: Phil Foreman
Subject: RE: Hampton roads Regional Refuse collection Solicitation

The best work # is 757-444-1138 ext 3057

-----Original Message-----
From: Phil Foreman [mailto:phillip@doradosi.com]
Sent: Monday, March 19, 2007 11:08
To: Abell, Deborah J CIV NAVFAC MidLant
Subject: RE: Hampton roads Regional Refuse collection Solicitation

Thank you,
I wanted to call you to ask you something, what is the best number to reach you on?
Thanks
Phil

-----Original Message-----
From: Abell, Deborah J CIV NAVFAC MidLant [mailto:deborah.abell@navy.mil]
Sent: Monday, March 19, 2007 10:33 AM
To: Phil Foreman
Subject: RE: Hampton roads Regional Refuse collection Solicitation

Phil, sorry to leave you hanging, I was in here til really late on Thursday night, but didn't have all the pieces to make the award. I expect to get it today.

-----Original Message-----
From: Phil Foreman [mailto:phillip@doradosi.com]
Sent: Friday, March 16, 2007 10:53
To: Abell, Deborah J CIV NAVFAC MidLant
Subject: RE: Hampton roads Regional Refuse collection Solicitation

I am on the edge of my seat here, any news?
Phil

-----Original Message-----
From: Abell, Deborah J CIV NAVFAC MidLant [mailto:deborah.abell@navy.mil]
Sent: Tuesday, March 13, 2007 12:02 PM
To: Phil Foreman
Subject: RE: Hampton roads Regional Refuse collection Solicitation

Yes, thank you. You should be hearing from me by Thursday, final checkup with the boss

-----Original Message-----

From: Phil Foreman [mailto:phillip@doradosi.com]
Sent: Tuesday, March 13, 2007 11:43
To: Abell, Deborah J CIV NAVFAC MidLant
Subject: RE: Hampton roads Regional Refuse collection Solicitation

Did you get everything that you needed from the financial institutions?
Phil

-----Original Message-----
From: Abell, Deborah J CIV NAVFAC MidLant [mailto:deborah.abell@navy.mil]
Sent: Monday, March 12, 2007 1:57 PM
To: Phil Foreman
Subject: RE: Hampton roads Regional Refuse collection Solicitation

Thank you. I should be back in touch with you tomorrow or Wed. What is YOUR fax number?

-----Original Message-----
From: Phil Foreman [mailto:phillip@doradosi.com]
Sent: Monday, March 12, 2007 13:55
To: Abell, Deborah J CIV NAVFAC MidLant
Cc: fernando@doradosi.com; 'Pritchett, William R.'; 'Tim Dean'; 'Clemens.Matt'
Subject: Hampton roads Regional Refuse collection Solicitation

Ms Abell
I am sending this email in response to your call earlier today.
Our banking contact information is as follows:

SunTrust Banks, Inc.
Matt Clemens
Assistant Vice President, Commercial Banking Mail Code FL-ORL-2063 200 S. Orange Avenue
Orlando, FL 32801
Tel: 407.237.4894
Fax: 407.237.6030
Matt.Clemens@SunTrust.com

In addition to Suntrust we also use the following 2 companies for equipment financing, please feel free to contact them:

Tim Dean
Tristar Capital, LLC
1101 Channelside Dr.
Suite 260
Tampa Fl, 33602
Ph 813-864-6502 Ext.671
Fx 813-864-6401

timd@tristarcapital.com

Bob Pritchet
Financial Federal Credit, Inc
10715 David Taylor Drive #550
Charlotte, NC 28262
704-927-6740
C: 678-494-1370
Bpritchett@financialfederal.com

I have copied this email to each of the contacts so that they know that you might be contacting them.

Should you need any further information please do not hesitate to contact me.

Thank you.

Phil Foreman
954-868-0966