# In the United States Court of Federal Claims

No. 07-544 C
(Filed: October 5, 2007)

************************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
************************************

**ORDER**

On October 2, 2007, defendant-intervenor in the above-captioned case electronically filed Dorado's Response in Opposition to Plaintiff's Motion to Compel Depositions of Representative of Intervenor ("response"). The clerk's office informed the undersigned that the response was filed one day past the deadline prescribed by the Rules of the United States Court of Federal Claims. Although the court will allow the response to be filed its leave, for future filings, defendant-intervenor shall ensure that it meets the applicable deadlines. Defendant-intervenor shall also ensure that it includes the correct case number on its filings.

The clerk's office is directed to file defendant-intervenor's response by the court's leave.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge