**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| | ) | **Bid Protest** |
| **Plaintiff,** | ) | |
| | ) | **No.07-544C** |
| **v.** | ) | |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DORADO SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**REQUEST FOR HEARING**

Plaintiff, Meeks Disposal Corporation ("Meeks"), requests the Court set a hearing on its motions to compel discovery and enter an order extending deadlines, and in support of its request, states as follows.

1. Meeks recently submitted three motions compelling the Navy, Dorado Services, third-party Reliable Trash Services, LLC, and third-party Waste Industries, LLC f/k/a Waste Industries, Inc. to submit discovery responses and provide witnesses for deposition.

2. In addition, Meeks requested an extension of time to complete discovery and comply with all other deadlines.

3. These motions are identified as docket numbers 45, 46 and 47.

4. Responses to Meeks' motion to compel depositions have been filed.

5. Responses to Meeks' motions to compel written discovery responses from Dorado Services, Reliable Trash Services, LLC, and Waste Industries, LLC are due October 22, 2007.

6. Once all responses to the discovery motions have been filed or after such time for filing has passed, Meeks requests the Court set these motions for hearing via telephone.

7. Since no party has objected to Meeks' motion for extension of time, Meeks asks the Court to reset all deadlines to allow a hearing on discovery to proceed once all responses have been filed.

WHEREFORE, the Plaintiff, Meeks Disposal Corporation prays this Court set for hearing, via telephone, its motions to compel identified as docket numbers 45, 46 and 47 and enter an order resetting all deadlines in accordances with its motion to extend.

Respectfully submitted this 12th day of October, 2007.

MEEKS DISPOSAL CORPORATION

By: /s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com

**CERTIFICATE OF SERVICE**

The Plaintiff hereby certifies that on the 12th day of October, 2007, I will electronically file the foregoing Motion to Compel using the CM/ECF system, which will then send a notification of such filing to the following:

F. Jefferson Hughes, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
8th Floor
100 L. Street, N.W.
Washington, DC 20530

Joseph M. Goldstein, Esq.
Shutts & Bowen, LLP
200 East Broward Blvd. Suite 2100
Ft. Lauderdale, FL 33301

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

J. Kellam Warren, Esq.
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607

/s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com