# In the United States Court of Federal Claims

No. 07-544 C
(Filed: October 15, 2007)

| | |
|---|---|
| MEEKS DISPOSAL CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| DORADO SERVICES, INC., | * |
| Defendant-Intervenor. | * |

**ORDER**

On October 12, 2007, plaintiff in the above-captioned case filed a Request for Hearing. Plaintiff requests that the court conduct telephonic argument on all of its pending discovery motions, including its September 13, 2007 motion to compel defendant and defendant-intervenor to make certain individuals available for deposition, its October 4, 2007 motion to compel defendant-intervenor to respond to written discovery, and its October 4, 2007 motions to compel two nonparties to respond to subpoenas duces tecum.

Briefing is complete with respect to plaintiff's September 13, 2007 motion to compel. However, responses to plaintiff's October 4, 2007 motions to compel are not due until October 22, 2007, and plaintiff's replies in support of its motions are due seven days thereafter. The court will hear argument on all of these motions, as well as on defendant's September 4, 2007 motion for a protective order, at the same hearing. Thus, the parties shall confer with each other to determine their joint availability for oral argument. Then, **no later than Friday, November 2, 2007**, the parties shall telephone the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the argument.

In its Request for Hearing, plaintiff also states: "Since no party has objected to Meeks' motion for extension of time, Meeks asks the Court to reset all deadlines to allow a hearing on discovery to proceed once all responses have been filed." Because the discovery deadline and

subsequent briefing schedule will be different depending upon how the court resolves the pending discovery motions, the court **VACATES** the outstanding deadlines in the August 22, 2007 order. Accordingly, the court **GRANTS** plaintiff's September 13, 2007 motion for enlargement of time. Upon the court's ruling on the discovery motions, and after consultation with the parties, the court will enter a revised schedule.

The court will send a copy of this order via facsimile to Ms. Jennifer M. Miller, counsel for both nonparties, at (919) 791-4865.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge