# In the United States Court of Federal Claims

No. 07-544 C
(Filed: October 23, 2007)

| | |
|---|---|
| MEEKS DISPOSAL CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| DORADO SERVICES, INC., | * |
| Defendant-Intervenor. | * |

**ORDER**

On October 12, 2007, plaintiff in the above-captioned case filed a Request for Hearing. Plaintiff's request is **GRANTED**. The court will hear argument on **Wednesday, November 14, 2007, at 1:00 p.m.**, on all pending discovery motions, including:

- Defendant's Motion for Protective Order, filed September 4, 2007;
- Plaintiff's Motion to Depose Representatives of Intervenor, filed on September 13, 2007;
- Plaintiff's Motion to Compel, directed at defendant-intervenor, filed on October 4, 2007;
- Plaintiff's Motion to Compel, directed at nonparty Reliable Trash Service, LLC ("Reliable"), filed on October 4, 2007; and
- Plaintiff's Motion to Compel, directed at nonparty Waste Industries, LLC f/k/a Waste Industries, Inc. ("Waste Industries"), filed on October 4, 2007.

The argument will be reported and all parties shall appear by telephone. The court intends to set up a Sprint conference call; thus, the parties shall, **no later than 5:00 p.m. on Thursday, November 8, 2007**, contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, and provide the telephone numbers at which they can be reached for the conference call.

The court notes that nonparties Reliable and Waste Industries filed responses to plaintiff's motion to compel. Many of the documents in this case, including defendant's motion for a protective order and plaintiff's motion to depose representatives of defendant-intervenor, have been filed under seal pursuant to the court's July 27, 2007 protective order. Thus, by **no later than Friday, November 2, 2007**, the parties shall confer with counsel for the nonparties and then file a status report indicating how the parties intend to conduct oral argument in light of the protected information that will be discussed. By that same date, the counsel for the nonparties shall make any necessary application for entry into the protective order.

The court will send a copy of this order via facsimile to Ms. Jennifer M. Miller, counsel for both nonparties, at (919) 781-4865.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge