# In the United States Court of Federal Claims

No. 07-544 C
(Filed: October 23, 2007)

***********************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
***********************************

**ORDER**

Earlier today, the court issued an order in the above-captioned case directing the parties to "confer with counsel for the nonparties," and then, no later than November 2, 2007, "file a status report indicating how the parties intend to conduct oral argument in light of the protected information that will be discussed." Subsequently, plaintiff's counsel sent a facsimile transmission to the court and counsel for defendant, defendant-intervenor, and both nonparties. Plaintiff's facsimile transmission is nonresponsive to the court's order.

Thus, the parties are directed to comply with the court's order filed earlier this date and present a joint solution to the issue of nonparty participation at oral argument in a joint status report.

The court will send a copy of this order via facsimile to Ms. Jennifer M. Miller, counsel for both nonparties, at (919) 781-4865.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge