**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| | ) | **Bid Protest** |
| **Plaintiff,** | ) | |
| | ) | **No.07-544C** |
| **v.** | ) | |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DORADO SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**STATUS REPORT**

Meeks Disposal Corporation, by and through counsel, in response to the Court's Order of October 23, 2007, submits below a status report concerning oral argument set for Wednesday, November 14, 2007, at 1:00 p.m., on all pending discovery Motions, to wit:

1. The Court has ordered the parties to confer through counsel and file a status report indicating how the parties intend to conduct oral argument in light of the protected information to be discussed.

2. The Court further ordered that the counsel for the non-parties to make any necessary application for entry into the protective order by Friday, November 2, 2007.

3. The following Motions are set for hearing on November 14, 2007 at 1:00 p.m.:

   a. Defendant's Motion for Protective Order, filed September 4, 2007;

   b. Plaintiff's Motion to Depose Representatives of Intervenor, filed on September 13,2 007;

c. Plaintiff's Motion to Compel, directed at defendant-intervenor, filed on October 4, 2007;

d. Plaintiff's Motion to Compel, directed at nonparty Reliable Trash Service, LLC ("Reliable"), filed on October 4, 2007; and

e. Plaintiff's Motion to Compel, directed at nonparty Waste Industries, LLC f/k/a Waste Industries, Inc. ("Waste Industries"), filed on October 4, 2007.

4. Counsel for the Plaintiff has contacted counsel for the non-parties, Waste Industries, LLC and Reliable Trash Service, LLC, and has also contacted counsel for the parties, the United States and Dorado Services, Inc. and conferred on these issues.

5. It was concluded the best method for adhering to the Court's Order and conducting the oral argument would be to begin oral argument at 1:00 p.m. on all Motions via telephone which do not involve the non-parties, Waste Industries, LLC and Reliable Trash Service, LLC.

6. Assuming these matters would be resolved in approximately 30 minutes, a hearing with the non-parties and parties would begin at approximately 1:30 p.m. However, should oral argument between the parties go beyond one-half hour or end prior to 1:30 p.m., counsel for the non-parties would be available to join the hearing at that time.

7. By conducting the hearing for the non-parties after oral argument between the parties, it is intended that the need for counsel for the non-parties to enter into the protective order would be avoided.

8. This is submitted as the formal status report concerning the hearing on November 14, 2007 with the permission and consent of all counsel submitted by counsel for the Plaintiff as a matter of convenience.

Respectfully submitted this 25th day of October, 2007.

MEEKS DISPOSAL CORPORATION

By: /s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com

**CERTIFICATE OF SERVICE**

The Plaintiff hereby certifies that on the 25th day of October, 2007, I will electronically file the foregoing Status Report using the CM/ECF system, which will then send a notification of such filing to the following:

F. Jefferson Hughes, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
8th Floor
100 L. Street, N.W.
Washington, DC 20530

Joseph M. Goldstein, Esq.
Shutts & Bowen, LLP
200 East Broward Blvd. Suite 2100
Ft. Lauderdale, FL 33301

And I hereby certify that I will fax and mail the document by U.S. mail to the following non-filing user:

Jennifer Miller, Esq.
Wyrick Robbins Yates & Ponton LLP
Post Office Drawer 17803
Raleigh, NC 27619
Facsimile: (919) 781-4865

/s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com