# In the United States Court of Federal Claims

No. 07-544 C
(Filed: October 26, 2007)

**************************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
**************************************

## ORDER

Plaintiff, on behalf of all parties in the above-captioned case, filed a status report on October 26, 2007, proposing the parties' preferred approach to the court's conduct of oral argument on the pending discovery motions. Specifically, the parties propose beginning the telephonic oral argument on November 14, 2007, at 1:00 p.m., with only plaintiff, defendant, and defendant-intervenor (i.e., the three parties admitted to the protective order) participating, to argue (1) Defendant's Motion for Protective Order, filed September 4, 2007; (2) Plaintiff's Motion to Depose Representatives of Intervenor, filed on September 13, 2007; and (3) Plaintiff's Motion to Compel, directed at defendant-intervenor, filed on October 4, 2007. The parties further suggest that once argument on the above-referenced motions has concluded, counsel for nonparties can then join the telephone conference call to participate in the arguments on (4) Plaintiff's Motion to Compel, directed at nonparty Reliable Trash Service, LLC ("Reliable"), filed on October 4, 2007, and (5) Plaintiff's Motion to Compel, directed at nonparty Waste Industries, LLC f/k/a Waste Industries, Inc. ("Waste Industries"), filed on October 4, 2007. The parties believe that the first group of motions can be argued in about thirty minutes, but indicate that counsel for nonparties Reliable and Waste Industries will be available both before and after that time to begin arguing the second group of motions when necessary.

The court will adopt the parties' proposed approach to the oral argument on November 14, 2007. At the conclusion of the argument on the first set of motions, the court will arrange to have counsel for nonparties Reliable and Waste Industries to join the telephone conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge