# In the United States Court of Federal Claims

No. 07-544 C
(Filed: November 14, 2007)

| | |
|---|---|
| *********************************** | |
| MEEKS DISPOSAL CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DORADO SERVICES, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| *********************************** | |

**ORDER**

On November 13, 2007, plaintiff in the above-captioned case filed an Unopposed Motion to Withdraw, seeking to withdraw two motions to compel from the court's consideration. However, plaintiff's counsel of record did not sign the motion as required by RCFC 11, nor did an attorney sign on his behalf pursuant to RCFC 83.1(c)(2). Thus, the court **STRIKES** plaintiff's motion. Plaintiff is directed to refile its motion, properly signed, **at its earliest convenience**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge