# In the United States Court of Federal Claims

No. 07-544 C
(Filed: November 14, 2007)

************************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
************************************

**ORDER**

On November 14, 2007, the court heard argument on (1) Defendant's Motion for Protective Order, filed September 4, 2007; (2) Plaintiff's Motion to Depose Representatives of Intervenor, filed on September 13, 2007; and (3) Plaintiff's Motion to Compel, directed at defendant-intervenor, filed on October 4, 2007. After hearing the arguments of plaintiff, defendant, and defendant-intervenor, the court made the following rulings:

- Defendant's Motion for Protective Order is **GRANTED**.
- Plaintiff's Motion to Depose Representatives of Intervenor is **DENIED** without prejudice.
- Plaintiff's Motion to Compel, directed at defendant-intervenor, is **DENIED** without prejudice.
- **No later than Wednesday, November 28, 2007**, defendant shall file:
  - A detailed supplemental declaration from Cindy Readal;
  - A detailed declaration from Deborah Abell; and, if necessary,
  - A detailed declaration concerning the Technical Evaluation Board.

- The deadline for defendant's answer is **deferred** until after the court rules on the anticipated cross-motions on the administrative record.
- The parties shall file, **no later than Wednesday, January 9, 2008**, a joint status report suggesting further proceedings in the case.

In addition, plaintiff's counsel advised the court that he believes documents recently received from nonparties contain information that will justify a court order permitting the deposition of Mr. Irving Naftaly. Once counsel is satisfied that he has sufficient grounds to seek the deposition of Mr. Natfaly or other individuals, he shall file the appropriate motion with the court.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge