**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| | ) | **Bid Protest** |
| **Plaintiff,** | ) | |
| | ) | **No.07-544C** |
| **v.** | ) | |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DORADO SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**UNOPPOSED MOTION TO WITHDRAW**

COMES NOW Plaintiff Meeks Disposal Corporation (hereinafter "Meeks"), by counsel, and respectfully withdraw its Motions to Compel Reliable Trash Service, LLC and Waste Industries, LLC (hereinafter "Nonparties") from the telephonic hearing scheduled for Wednesday, November 14, 2007. In support of this Motion, Meeks states as follows:

1. On November 13, 2007, an agreement was reached between Meeks and Nonparties.

2. Counsel for Nonparties consents to this unopposed Motion.

3. Counsel for Meeks has contacted counsel for Defendant and Defendant-Intervenor and they also consent to this unopposed Motion.

WHEREFORE, it is prayed that this Court withdraw the Motions to Compel Nonparties Reliable Trash Services, LLC and Waste Industries, LLC from the docket.

Respectfully submitted this 15th day of November, 2007.

MEEKS DISPOSAL CORPORATION

By: /s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com

**CERTIFICATE OF SERVICE**

The Plaintiff hereby certifies that on the 15th day of November, 2007, I will electronically file the foregoing Unopposed Motion to Withdraw using the CM/ECF system, which will then send a notification of such filing to the following:

F. Jefferson Hughes, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
8th Floor
100 L. Street, N.W.
Washington, DC 20530

Jennifer Miller, Esq.
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607

Joseph M. Goldstein, Esq.
Shutts & Bowen, LLP
200 East Broward Blvd. Suite 2100
Ft. Lauderdale, FL 33301

/s/ J. Bryan Plumlee
Of Counsel