# In the United States Court of Federal Claims

No. 07-544 C
(Filed: November 19, 2007)

***********************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
***********************************

**ORDER**

On November 15, 2007, plaintiff in the above-captioned case filed an Unopposed Motion to Withdraw, seeking to withdraw the following motions from the court's consideration:

- Plaintiff's Motion to Compel, directed at nonparty Reliable Trash Service, LLC ("Reliable"), filed on October 4, 2007.
- Plaintiff's Motion to Compel, directed at nonparty Waste Industries, LLC f/k/a Waste Industries, Inc. ("Waste Industries"), filed on October 4, 2007.

Plaintiff's unopposed motion is **GRANTED**, and the two motions to compel are **WITHDRAWN**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge