# In the United States Court of Federal Claims

No. 07-544 C
(Filed: January 9, 2008)

| | |
|---|---|
| MEEKS DISPOSAL CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| DORADO SERVICES, INC., | * |
| Defendant-Intervenor. | * |

## ORDER

On January 7, 2008, plaintiff filed a motion for enlargement of time, seeking an additional sixty days in which to file the joint status report due January 9, 2008. Plaintiff represents that defendant-intervenor consents to the motion and that defendant does not object to the motion. Plaintiff's motion is **GRANTED**.

Accordingly, the parties shall file, **no later than Monday, March 10, 2008**, a joint status report suggesting further proceedings in the case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge