**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Bid Protest** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | **No. 07-544C** |
| **Defendant,** | ) | **(Judge Sweeney)** |
| | ) | |
| **and** | ) | |
| | ) | |
| **DORADO SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 9, 2008 order, the parties respectfully submit this joint status report recommending a schedule for further proceedings in this matter:

1) Plaintiff would file its motion for judgment on the administrative record no later than April 15, 2008.

2) Defendant would file its response to plaintiff's motion for judgment on the administrative record and cross-motion for judgment on the administrative record no later than May 6, 2008. Any briefing by intervenor would follow defendant's schedule.

3) Plaintiff would file its reply to defendant's response to plaintiff's motion for judgment on the administrative record and response to defendant's cross-motion for judgment on the administrative record no later than May 27, 2008.

4) Defendant would file its reply to plaintiff's response to defendant's cross-motion for judgment on the administrative record no later than June 17, 2008.

5) Oral argument would be set at the Court's convenience.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/J. Bryan Plumlee
J. BRYAN PLUMLEE, ESQ.
PAUL R. SCHMIDT, ESQ.
Huff, Poole & Mahoney, P.C.
Counsel for Meeks Disposal Corp.
4705 Columbus Street
Virginia Beach, VA 23462
Tele: (757) 518-5615
Fax: (757) 552-6016

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Joseph M. Goldstein
JOSEPH M. GOLDSTEIN, ESQ.
Shutts & Bowen, LLP
Counsel for Dorado Services, Inc.
200 East Broward Blvd. Suite 2100
Ft. Lauderdale, FL 33301
Tele: (954) 847-3837
Fax: (954) 888-3066

s/F. Jefferson Hughes
F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3067
Fax. (202) 514-8640

March 7, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 7, 2008, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/F. Jefferson Hughes