# In the United States Court of Federal Claims

No. 07-544 C
(Filed: March 7, 2008)

***********************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
***********************************

**ORDER**

On March 6, 2008, the parties in the above-captioned bid protest filed a Joint Status Report suggesting a schedule for further proceedings. The court adopts the parties' proposed schedule, as follows:

- Plaintiff shall file a motion for judgment on the administrative record **no later than Tuesday, April 15, 2008**.

- Defendant, and if it chooses to do so, defendant-intervenor, shall file a response in opposition to plaintiff's motion and a cross-motion for judgment on the administrative record **no later than Tuesday, May 6, 2008**.

- Plaintiff shall file a reply in support of its motion and a response in opposition to any cross-motion **no later than Tuesday, May 27, 2008**.

- Defendant and, if appropriate, defendant-intervenor, shall file a reply in support of any cross-motion **no later than Tuesday, June 17, 2008**.

After conferring with each other, the parties shall, by **no later than Friday, March 28, 2008**, contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule oral argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge