# In the United States Court of Federal Claims

No. 07-544 C
(Filed: March 28, 2008)

***********************************
MEEKS DISPOSAL CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DORADO SERVICES, INC., *
*
Defendant-Intervenor.*
***********************************

**ORDER**

The court will hear argument in the above-captioned case on the parties' cross-motions for judgment on the administrative record on **Thursday, July 10, 2008, at 11:00 a.m**. **(EDT)**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge