**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MEEKS DISPOSAL CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Bid Protest** |
| | ) | **No.07-544C** |
| **v.** | ) | |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DORADO SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**STIPULATION OF DISMISSAL**

Acting pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims, the parties hereto, acting through their respective counsel of record, hereby stipulate and agree that this action be, and hereby is, dismissed with prejudice, with each party bearing its own costs.

[SIGNATURES APPEAR ON SUBSEQUENT PAGE]

Respectfully submitted,

MEEKS DISPOSAL CORPORATION

By: /s/ J. Bryan Plumlee
Of Counsel

J. Bryan Plumlee, Esq. (VSB# 44444)
Paul R. Schmidt, Esq. (VSB# 45840)
HUFF, POOLE & MAHONEY, P.C.
*Counsel for Meeks Disposal Corporation*
4705 Columbus Street
Virginia Beach, Virginia 23462
Telephone: (757) 518-5615
Facsimile: (757) 552-6016
bplumlee@hpmlaw.com

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

/s/ F. Jefferson Hughes
F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202)305-3067
Facsimile: (202) 514-8640
*Counsel for Defendant*

/s/ Joseph M. Goldstein
JOSEPH M. GOLDSTEIN
Florida Bar No.: 820880
SHUTTS & BOWEN LLP
*Counsel for Dorado Services, Inc.*
200 East Broward Boulevard
Suite 2100
Forth Lauderdale, FL 33301
Telephone: (954) 847-3837
Facsimile: (954) 888-3066

## CERTIFICATE OF SERVICE

The Plaintiff hereby certifies that on the 10TH day of April, 2008, I will electronically file the foregoing Stipulation of Dismissal using the CM/ECF system, which will then send a notification of such filing to the following:

F. Jefferson Hughes, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
8th Floor
100 L. Street, N.W.
Washington, DC 20530

Jennifer Miller, Esq.
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607

Joseph M. Goldstein, Esq.
Shutts & Bowen, LLP
200 East Broward Blvd. Suite 2100
Ft. Lauderdale, FL 33301

/s/ J. Bryan Plumlee
Of Counsel